UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA FAUSS-MILLER,

    Plaintiff,

v                                   Case No. 06-12079

COMMISSIONER OF SOCIAL        DISTRICT JUDGE ARTHUR J. TARNOW
SECURITY,
    Defendants.             MAG. JUDGE R. STEVEN WHALEN

_____/

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    There having been no objection to Magistrate Judge Whalen's Report and Recommendation [Docket #24] filed April 30, 2008 granting Plaintiff's application for attorney fees and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Whalen is adopted and Plaintiff is awarded $4,506.56 in attorney fees and $350.00 in filing fees, for a total of $4,856.56.

                                          s/Arthur J. Tarnow
                                          Arthur J. Tarnow
                                          United States District Judge
Dated:  June 12, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 12, 2008, by electronic and/or ordinary mail.

                                          s/Catherine A. Pickles
                                          Judicial Secretary